AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 04-CV-705E

Rubina Shaheen, M.D.

v.

Dr. John Naughton, et al

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendants Naughton's, Berger's Rosenthal's and Morelli's Motion for Summary Judgment is granted, plaintiff's Motion to Amend or Correct is moot, defendant Noe's Motion for Summary Judgment is granted and this case is closed.

Date: November 4, 2005                              RODNEY C. EARLY,
                                                    CLERK

                                              By:   s/Deborah M. Zeeb
                                                    Deputy Clerk